EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Rubén Rivera Vera | 2007 TSPR 88<br><br>171 DPR ____ |
| --- | --- |

Número del Caso: TS-4165

Fecha: 11 de mayo de 2007

Abogado de la Parte Peticionaria:

Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*


Rubén Rivera Vera                        TS-4165


RESOLUCIÓN


En San Juan, Puerto Rico, a 11 de mayo de 2007.

Examinadas la solicitud de reinstalación al ejercicio de la abogacía y el escrito en cumplimiento de orden presentado por el abogado Rubén Rivera Vera, se autoriza la reinstalación inmediata del abogado Rivera Vera únicamente al ejercicio de la abogacía.

No obstante, ya que el abogado Rivera Vera incurrió en conducta violatoria de la Ley Notarial y al ser evidente su falta de entendimiento sobre la gravedad de ésta, lo censuramos enérgicamente, apercibiéndole que en el futuro no seremos tan lenientes.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton no intervino. El Juez Asociado señor Rivera Pérez no reinstalaría al abogado Rivera Vera al ejercicio de la abogacía.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo